# IN THE SUPREME COURT OF THE STATE OF NEVADA

JODY HIGHROLLER
ENTERTAINMENT, INC., A
CALIFORNIA LIMITED LIABILITY
COMPANY; HORST CHRISTIAN
SIMCO, A/K/A, RIFF RAFF, A/K/A
JODYHIGHROLLER ,

         Appellants,

vs.

PAUL WILLIAM DREWITZ, A/K/A
LATE NITE BILLY DREWITZ, D/B/A
LATE NITE PRODUCTIONS,

         Respondent.

No. 77540

FILED

JAN 27 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Lynne K. Simons, District Judge
       Margaret M. Crowley, Settlement Judge
       Erickson Thorpe & Swainston, Ltd.
       Rusby Law, PLLC
       Gezelin & Associates
       Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

20-03702